QUINN EMANUEL URQUHART & SULLIVAN LLP
Anthony P. Alden (SBN 232220)
anthonyalden@quinnemanuel.com
Danielle Shrader-Frechette (SBN 300842)
daniellefrechette@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Tesla, Inc.,
Excession, LLC, and Allison Huebert*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, an individual, TESLA, INC., a Delaware corporation, X CORP., a Nevada corporation formerly known as TWITTER, INC., EXCESSION, LLC, a Texas Limited Liability Company, JARED BIRCHALL, an individual, MORGAN STANLEY & COMPANY, LLC, a Delaware Limited Liability Company, OMAR QAZI, an individual, SMICK ENTERPRISES, INC., a Delaware corporation, SINGER CASHMAN, LLP, a California partnership, ADAM S. CASHMAN, an individual, ALLISON HUEBERT, an individual, ADAM G. MEHES, an individual, and ALEX SPIRO, an individual, and DOES 1-10, inclusive.<br><br>Defendants. | Case No. _____<br><br>**[Removal from Superior Court of California, County of San Francisco, Case No. CGC-24-615352]**<br><br>**DECLARATION OF ANTHONY P. ALDEN**<br><br>**State Action Filed: June 12, 2024** |

DECLARATION OF ANTHONY P. ALDEN

I, Anthony P. Alden, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and I represent Defendants Tesla, Inc. ("Tesla"), Excession, LLC ("Excession"), and Allison Huebert in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Complaint Plaintiff Aaron Greenspan filed in the Superior Court of California, County of San Francisco, against the above-captioned Defendants in Case No. CGC-24-615352, along with all other documents on the public docket as of the time of preparing this declaration.

3. Plaintiff purported to serve process in this action on Excession on July 1, 2024.

4. Plaintiff purported to serve process in this action on Tesla on July 2, 2024.

5. Plaintiff purported to serve process in this action on Allison Huebert on July 6, 2024.

6. The remaining Defendants have consented to the removal of this action to federal court.

I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on July 31, 2024.


　　　　　　　　　　　　　　　　　/s/ *Anthony P. Alden*
　　　　　　　　　　　　　　　　　Anthony P. Alden