Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ELON MUSK, TESLA, INC., X CORP., THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, JARED BIRCHALL, MORGAN STANLEY & COMPANY, LLC, OMAR QAZI, SMICK ENTERPRISES, INC., SINGER CASHMAN, LLP, ADAM S. CASHMAN, ALLISON HUEBERT, ADAM G. MEHES, and ALEX SPIRO,<br><br>    Defendants. | Case No. 3:24-cv-04647-MMC<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST SMICK ENTERPRISES, INC.**<br><br>Judge: Hon. Maxine M. Chesney<br>State Action Filed: June 12, 2024<br>Removed: July 31, 2024<br>FAC Filed: August 28, 2024 |

To the Clerk of the United States District Court for the Northern District of California:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Aaron Greenspan (hereinafter "Plaintiff") requests that the Clerk enter the default of the following Defendants for failure to plead or otherwise defend against this action in a timely manner:

**Name of Defendant:** Smick Enterprises, Inc.

As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure effective July 6, 2024.  ECF No. 47.  Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the applicable time

1  limit for the above-named Defendant to appear or otherwise respond to this action expired on
2  August 7, 2024, "7 days after the notice of removal" was filed, to which Defendant Smick
3  Enterprises, Inc. consented.  ECF No. 1-1.
4      The above-named Defendants have failed to plead or otherwise respond to the Complaint
5  or First Amended Complaint.  This request is based on Plaintiff's contemporaneously filed
6  Declaration.

8  Dated: October 15, 2024

10  _____
    Aaron Greenspan, *pro se*
    956 Carolina Street
    San Francisco, CA  94107-3337
    Phone: +1 415 670 9350
    Fax: +1 415 373 3959
    E-Mail: aaron.greenspan@plainsite.org

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I filed the foregoing PLAINTIFF's APPLICATION FOR DEFAULT AGAINST SMICK ENTERPRISES, INC. using the CM/ECF system, and delivered true and correct copies to the defendants in this action not yet signed up for CM/ECF as follows:

<u>First Class Mail</u>
Omar Qazi
41 Santa Cruz
Rolling Hills Estates, CA  90274

Smick Enterprises, Inc.
41 Santa Cruz
Rolling Hills Estates, CA  90274

<u>E-Mail</u>
Omar Qazi
omar@smick.com
omar.qazi@me.com

Smick Enterprises, Inc.
omar@smick.com

_____
Aaron Greenspan