IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JACOB GREENSPAN,<br><br>   Plaintiff,<br><br>   v.<br><br>ELON MUSK, et al.,<br><br>   Defendants. | Case No. 24-cv-04647-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Before the Court is plaintiff Aaron Greenspan's "Emergency Motion for Temporary Restraining Order and Permanent Injunction Against Defendant Elon Musk," filed October 20, 2024, whereby plaintiff seeks, "pending entry by the Court of a final judgment in [the above-titled] action," an order "enjoin[ing] [defendant] from further violation of federal laws prohibiting the buying of votes" (see Mot. at 3:7–9.) Defendant Elon Musk has filed opposition, to which plaintiff has replied.

The Court having read and considered the papers filed in support of and in opposition thereto, the motion is hereby DENIED, in that "[t]here must be a relationship between the injury claimed in the motion for injunctive relief and the conduct asserted in the underlying complaint," see Pac. Radiation Oncology, LLC v. Queen's Med. Ctr., 810 F.3d 361, 636 (9th Cir. 2015), and, here, the injury claimed is unrelated to the conduct alleged in the complaint and the relief sought therein.

**IT IS SO ORDERED.**

Dated: October 22, 2024

MAXINE M. CHESNEY
United States District Judge