Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA 94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ELON MUSK, TESLA, INC., X CORP., THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, JARED BIRCHALL, MORGAN STANLEY & COMPANY, LLC, OMAR QAZI, SMICK ENTERPRISES, INC., SINGER CASHMAN, LLP, ADAM S. CASHMAN, ALLISON HUEBERT, ADAM G. MEHES, and ALEX SPIRO,<br><br>    Defendants. | Case No. 3:24-cv-04647-MMC<br><br>**PLAINTIFF'S SECOND APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI**<br><br>Judge: Hon. Maxine M. Chesney<br>State Action Filed: June 12, 2024<br>Removed: July 31, 2024<br>FAC Filed: August 28, 2024 |

To the Clerk of the United States District Court for the Northern District of California:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Aaron Greenspan (hereinafter "Plaintiff") requests that the Clerk enter the default of the following Defendants for failure to plead or otherwise defend against this action in a timely manner:

**Name of Defendant:** Omar Qazi

As evidenced by the proof of service on file with this Court, the above-named Defendant was served via e-mail and GitHub pursuant to the Court's Order at ECF No. 103 effective October 29, 2024. ECF No. 107. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the

applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on August 7, 2024, "7 days after the notice of removal" was filed, to which Defendant Qazi consented. ECF No. 1-1. Alternatively, the period of 21 days after service on October 29, 2024 expired on November 18, 2024.

     Defendant Qazi appeared *pro se* in this action on November 20, 2024. ECF No. 116. Nonetheless, even by 21 days after that date, December 11, 2024, he had not filed any response to the active complaint. While Defendant Qazi did file at ECF No. 117 an opposition brief to Plaintiff's first application for entry of default against him, ECF No. 115, Plaintiff then motioned to strike that brief at ECF No. 123, which Defendant Qazi did not oppose. Even if not struck, Defendant Qazi's filing does not count as a pleading or other defense for the purposes of Rule 55(a).

     In conclusion, Defendant Qazi has failed to plead or otherwise respond to the active complaint, which is the First Amended Complaint, ECF No. 55. This request is based on Plaintiff's contemporaneously filed Declaration.

Dated: December 13, 2024

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org