Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA 94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ELON MUSK, TESLA, INC., X CORP., THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, JARED BIRCHALL, MORGAN STANLEY & COMPANY, LLC, OMAR QAZI, SMICK ENTERPRISES, INC., SINGER CASHMAN, LLP, ADAM S. CASHMAN, ALLISON HUEBERT, ADAM G. MEHES, and ALEX SPIRO,<br><br>    Defendants. | Case No. 3:24-cv-04647-MMC<br><br>**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S SECOND APPLICATION FOR ENTRY OF DEFAULT AGAINST OMAR QAZI**<br><br>Judge: Hon. Maxine M. Chesney<br>State Action Filed: June 12, 2024<br>Removed: July 31, 2024<br>FAC Filed: August 28, 2024 |

I, Aaron Greenspan, declare as follows:

1. I am the plaintiff in this action.

2. On October 29, 2024, via e-mail using the e-mail addresses omar@smick.com and omar.qazi@me.com, as well as the @omarqazi GitHub account, Omar Qazi was served with a Summons, the First Amended Complaint in this action, this Court's Case Management Conference Order, and the Court's Order Granting Third Administrative Motion For Alternative Service Of Process On Defendant Omar Qazi pursuant to that Order, ECF No. 103.

3. Omar Qazi has failed to file or serve a pleading or otherwise respond to the Complaint or First Amended Complaint in this action. The applicable time limits for responding to each of those documents have expired.

4. Omar Qazi's filing at ECF No. 117, which he does not oppose being struck from the record as of the time of this filing, is not a response to the Complaint or First Amended Complaint. While a response to the First Amended Complaint is required given that it is the active complaint, even a response to the initial Complaint might have been an indication of intent to respond again. Yet neither has been filed even though Mr. Qazi appeared in this action 23 days ago (more than 21 days ago), was served 45 days ago (more than 21 days ago), and first provably learned of this lawsuit at least 174 days ago.

5. Omar Qazi is not a minor or an incompetent person.

6. Omar Qazi is not currently in the military service, and therefore the Servicemembers Relief Act does not apply.

7. As Exhibit A, I have attached a true and correct copy of a message I believe Omar Qazi authored on the Bluesky social network using his @wholemarsblog.bsky.social account on November 19, 2024 after being reminded to "respond to the ongoing lawsuit against him," stating, in his words, "Tell the judge I said 'bite me.'" If Mr. Qazi did indeed author this post, I believe it is evidence of contempt of court.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on December 13, 2024 in San Francisco, California.

Dated: December 13, 2024

_Aaron Greenspan_
Aaron Greenspan

**EXHIBIT A**
@wholemarsblog.bsky.social Bluesky Post Dated November 19, 2024





Post

 **Whole Mars Catalog**
@wholemarsblog.bsky.social

 Follow

Tell the judge I said "bite me."

> **PlainSite** @plainsite.org · 1d
>
> Elon Musk's paid agent Omar Qazi is now on Bluesky as @wholemarsblog.bsky.social.
>
> He has two days to respond to the ongoing lawsuit against him.
>
> www.plainsite.org/dockets/down...
>
> 
>
> **PlainSite :: Greenspan v. Musk et al, Case No. 3:24-cv-04647-MMC Document 103 - Order**
> ORDER GRANTING THIRD ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT OMAR QAZI. Signed by Judge Maxine M. Chesne...
>
> www.plainsite.org

November 19, 2024 at 6:41 AM    Everybody can reply

            

 Write your reply