IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JACOB GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ELON MUSK, et al.,<br><br>    Defendants. | Case No. 24-cv-04647-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT OMAR QAZI'S OPPOSITION TO APPLICATION FOR DEFAULT; ORDER TO SHOW CAUSE** |

Before the Court is plaintiff's "Motion to Strike Defendant Omar Qazi's Opposition to Application for Default," filed November 23, 2024.

The Court, having read and considered both the motion and the document it seeks to strike, (see "Defendant Qazi's Opposition to Plaintiff's Application for Entry of Default," filed November 21, 2024), rules as follows:

1. The motion to strike is hereby DENIED.
2. In light of defendant Omar Qazi's declaration that, prior to seeking approval of alternative service by email and through GitHub, plaintiff was aware said defendant had blocked all communications from plaintiff on "every means of digital communication," (see Declaration of Omar Qazi in Support of Opposition to Application for Entry of Default ¶¶ 19, 21), plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than January 3, 2025, why the Court should not reconsider its prior order, filed October 29, 2024, to the extent it approved alternative service on defendant Omar Qazi, and quash all alternate service effectuated under such order.

3. In light of the above, the hearing on the motion to strike, currently noticed for January 3, 2025, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 18, 2024

MAXINE M. CHESNEY
United States District Judge