IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JACOB GREENSPAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELON MUSK, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-04647-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions in the above-titled action, the Case Management Conference currently scheduled for March 14, 2025, is hereby CONTINUED to July 25, 2025, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than July 18, 2025.

**IT IS SO ORDERED.**

Dated: March 7, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge