1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Anthony P. Alden (SBN 232220)
2  anthonyalden@quinnemanuel.com
   Danielle Shrader-Frechette (SBN 300842)
3  daniellefrechette@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
4  Los Angeles, California 90017
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  *Attorneys for Defendants Elon Musk, Tesla, Inc.,*
   *the Elon Musk Revocable Trust dated July 22,*
7  *2003, Excession, LLC, Jared Birchall, Singer*
   *Cashman LLP, Allison Huebert, Adam S.*
8  *Cashman, Adam G. Mehes, and Alex Spiro*

9  (Counsel for additional Defendants included on signature page below)

10

11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| AARON GREENSPAN, an individual, | Case No. 3:24-cv-04647-MMC |
| Plaintiff, | **DEFENDANTS' OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION** |
| v. | State Action Filed: June 12, 2024 |
| ELON MUSK, an individual, TESLA, INC., a Delaware corporation, THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, a trust, X CORP., a Nevada corporation formerly known as TWITTER, INC., EXCESSION, LLC, a Texas Limited Liability Company, JARED BIRCHALL, an individual, MORGAN STANLEY & COMPANY, LLC, a Delaware Limited Liability Company, OMAR QAZI, an individual, SMICK ENTERPRISES, INC., a Delaware corporation, SINGER CASHMAN, LLP, a California partnership, ADAM S. CASHMAN, an individual, ALLISON HUEBERT, an individual, ADAM G. MEHES, an individual, and ALEX SPIRO, an individual, and DOES 1-10, inclusive. | Removed: July 31, 2024<br><br>**[Removed from Superior Court of California, County of San Francisco, Case No. CGC-24-615352]** |
| Defendants. | |

1 | Plaintiff's motion (ECF No. 147) should be denied. Like his other filings in this case, Plaintiff's latest motion is devoid of any actual evidence or legal analysis but is rather the product of a mind consumed by conspiracy theories and Internet posts that feed his long-standing personal animus toward Mr. Musk and those associated with him. The allegations in Plaintiff's motion have nothing to do with this case, are unsupported by any actual evidence, are yet another waste of this Court's and Defendants' time and resources, and should be denied.

DATED: March 18, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Anthony P. Alden
Anthony P. Alden (Bar No. 232220)
anthonyalden@quinnemanuel.com
Danielle Shrader-Frechette (Bar No. 300842)
daniellefrechette@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443 3000
Facsimile:    (213) 443 3100

*Attorneys for Defendants Elon Musk, Tesla, Inc., the Elon Musk Revocable Trust dated July 22, 2003, Excession, LLC, Jared Birchall, Singer Cashman LLP, Allison Huebert, Adam S. Cashman, Adam G. Mehes, and Alex Spiro*

DEFENDANTS' OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION

| | | |
|---|---|---|
| 1 | DATED: March 18, 2025 | WILLENKEN LLP |
| 2 | | By ___/s/ Kenneth M.Trujillo-Jamison___ |
| 3 | | Kenneth M. Trujillo-Jamison (Bar No. 280212) |
| | | Ktrujillo-jamison@willenken.com |
| 4 | | Kirby Hsu (Bar No. 312535) |
| | | khsu@willenken.com |
| 5 | | 707 Wilshire Blvd., Suite 3850 |
| | | Los Angeles, California 90017 |
| 6 | | Telephone:   (213) 955-9240 |
| | | Facsimile:   (213) 955-9250 |
| 7 | | |
| 8 | | *Attorneys for Defendant X Corp.* |
| 9 | DATED: March 18, 2025 | O'MELVENY & MYERS LLP |
| 10 | | By ___/s/ James K. Rothstein___ |
| | | Steven J. Olson (Bar No. 182240) |
| 11 | | solson@omm.com |
| | | James K. Rothstein (Bar No. 267962) |
| 12 | | jrothstein@omm.com |
| 13 | | 400 South Hope Street |
| | | Suite 1900 |
| 14 | | Los Angeles, California  90071-2811 |
| | | Telephone:   (213) 430-6000 |
| 15 | | Facsimile:   (213) 430-6407 |
| 16 | | *Attorneys for Defendant Morgan Stanley & Company, LLC* |