1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ELON MUSK, an individual, TESLA, INC., a Delaware corporation, THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, a trust, X CORP., a Nevada corporation formerly known as TWITTER, INC., EXCESSION, LLC, a Texas Limited Liability Company, JARED BIRCHALL, an individual, MORGAN STANLEY & COMPANY, LLC, a Delaware Limited Liability Company, OMAR QAZI, an individual, SMICK ENTERPRISES, INC., a Delaware corporation, SINGER CASHMAN, LLP, a California partnership, ADAM S. CASHMAN, an individual, ALLISON HUEBERT, an individual, ADAM G. MEHES, an individual, and ALEX SPIRO, an individual, and DOES 1-10, inclusive.<br><br>        Defendants. | Case No. 3:24-cv-04647-MMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION**<br><br>State Action Filed: June 12, 2024<br>Removed: July 31, 2024<br><br>**[Removed from Superior Court of California, County of San Francisco, Case No. CGC-24-615352]** |

Before the Court is Plaintiff Aaron Greenspan's Administrative Motion to Permanently Terminate Defendants' Legal Representation Due to Treasonous Conspiracy to Overturn the United States Constitution and Overthrow the Federal Government (the "Motion").  The allegations in the Motion have nothing to do with this case, and the Motion itself is unsupported by evidence or legal analysis.  Accordingly, upon consideration of the Motion, all papers submitted in connection therewith, and all pleadings herein, it is hereby ORDERED that Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

DATED:

By _____
The Honorable Maxine M. Chesney
United States District Court