IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JACOB GREENSPAN, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, et al., <br><br> Defendants. | Case No. 24-cv-04647-MMC <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of defendants' pending motions to dismiss, the Case Management Conference currently scheduled for July 25, 2025, is hereby VACATED, and will be rescheduled, if appropriate, following resolution of the motions to dismiss.

**IT IS SO ORDERED.**

Dated: July 14, 2025

MAXINE M. CHESNEY
United States District Judge