UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JACOB GREENSPAN,<br><br>    Plaintiff.<br><br>    v.<br><br>ELON MUSK, et al.,<br><br>    Defendants. | Case No. 24-cv-04647-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 156 |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    1. Counts I-III (Rico claims) are hereby DISMISSED;

    2. Count XX (Declaratory Judgment claim) is hereby DISMISSED;

    3. Counts IV-XIX (state law claims) are hereby REMANDED to the Superior Court of California for the County of San Francisco.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 7/17/2025

Mark B. Busby, Clerk of Court

*Tracy Geiger*
Tracy Geiger
Deputy Clerk