# EXHIBIT A

|  | ALDEN HOURS | SHRADER-FRECHETTE HOURS | SIERADZKI HOURS |
|---|---:|---:|---:|
| **Opposition to TRO. ECF 97** | | | |
| 2024-10-20 | 1.30 | 13.90 | 1.60 |
| 2024-10-21 | 2.00 | 6.30 | |
| 2024-10-22 | 0.30 | 0.30 | |
| Total | 3.60 | 20.50 | 1.60 |
| Rate | 1444.50 | 1197.00 | 999.00 |
| Amount | $5,200.20 | $24,538.50 | $1,598.40 |
| **Opposition to Motion for Leave to Amend SAC of in the Alternative, Stay the Case. ECF 104.** | | | |
| 2024-10-24 | 0.20 | | |
| 2024-10-25 | | 3.10 | 1.00 |
| 2024-10-27 | | 6.80 | |
| 2024-10-29 | | 1.90 | |
| 2024-10-30 | 0.70 | | 2.30 |
| Total | 0.90 | 11.80 | 3.30 |
| Rate | 1,444.50 | 1,197.00 | 999.00 |
| Amount | $1,300.05 | $14,124.60 | $3,296.70 |
| **Opposition to Motion for Leave to File Sur-Reply. ECF 128.** | | | |
| 2025-11-26 | | 0.70 | |
| 2024-11-29 | | 3.20 | |
| Total | | 3.90 | |
| Rate | | 1,197.00 | |
| Amount | | $4,668.30 | |
| **Time Worked re Motion for Leave to File Motion for Reconsideration of Discovery Stay.** | | | |
| 2024-12-06 | | 0.2 | |
| Total | | 0.20 | |
| Rate | | 1,197.00 | |
| Amount | | $239.40 | |
| **Time Worked re Motion for Leave to File Motion for Reconsideration of Order Vacating Hearings.** | | | |
| 2024-12-28 | | 0.20 | |
| Total | | 0.20 | |
| Rate | | 1,197.00 | |
| Amount | | $239.40 | |
| **Opposition to Request for Judicial Notice. ECF 142.** | | | |
| 2025-01-16 | | 0.90 | |
| 2025-01-23 | | 1.10 | |
| 2025-01-24 | 0.50 | | |
| 2025-01-26 | 1.60 | | |
| 2025-01-29 | 0.30 | | |
| Total | 2.40 | 2.00 | |
| Rate | 1,444.50 | 1,197.00 | |
| Amount | $3,466.80 | $2,394.00 | |
| **Opposition to Motion to Terminate Representation. ECF 148.** | | | |
| 2025-03-16 | | 0.50 | |
| 2025-03-17 | | 0.30 | |

Motion for Sanctions - Billing Summary        1

| | | | |
|---|---|---|---|
| 2025-03-18 | | 0.60 | |
| Total | | 1.40 | |
| Rate | | 1,197.00 | |
| Amount | | $1,675.80 | |
| **Defendants' Administrative Motion to Strike Plaintiff's Motion to Lift Discovery Stay. ECF 153** | | | |
| 2024-07-14 | 0.50 | | |
| Total | 0.50 | | |
| Rate | 1,444.50 | | |
| Amount | $722.25 | | |
| | | | |
| **TOTAL** | **$63,464.40** | | |