IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JACOB GREENSPAN,<br><br>        Plaintiff,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>        Defendants. | Case No. 24-cv-04647-MMC<br><br>**ORDER VACATING HEARING ON MOTION FOR SANCTIONS** |

Before the Court is the "Motion for Sanctions Pursuant to 28 U.S.C. § 1927 and the Court's Inherent Authority," filed July 31, 2025, by defendants Elon Musk, Tesla, Inc., the Elon Musk Revocable Trust dated July 22, 2023, Excession, LLC, Jared Birchall, Singer Cashman, LLP, Adam S. Cashman, Allison Huebert, Adam G. Mehes, and Alex Spiro (collectively "moving defendants"). Plaintiff Aaron Jacob Greenspan has filed opposition, to which the moving defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 5, 2025.

**IT IS SO ORDERED.**

Dated: August 28, 2025

                                              MAXINE M. CHESNEY
                                              United States District Judge