# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

AARON GREENSPAN,

    Plaintiff,

      v.

ELON MUSK, TESLA, INC., X CORP.,
EXCESSION, LLC, JARED BIRCHALL,
MORGAN STANLEY & COMPANY, LLC,
OMAR QAZI, SMICK ENTERPRISES, INC.,
SINGER CASHMAN, LLP, ADAM S.
CASHMAN, ALLISON HUEBERT, ADAM G.
MEHES, and ALEX SPIRO,

    Defendants.

Case No. 3:24-cv-04647-MMC

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO
STRIKE ECF NO. 167,
DEFENDANT TESLA, INC.'S
RESPONSE RE: PLAINTIFF'S
OBJECTION TO BILL OF COSTS**

Re: ECF No. 168

    The Court has before it Plaintiff's Motion To Strike ECF No. 167, Defendant Tesla, Inc.'s Response Re: Plaintiff's Objection To Bill of Costs. Having considered the motions and Defendant Tesla's opposition, the motion is **GRANTED**. The Clerk of Court shall strike ECF No. 167 from the record.

    **IT IS SO ORDERED.**

Dated:

_____
Hon. Maxine M. Chesney
United States District Judge