# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON GREENSPAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, an individual, TESLA, INC., a Delaware corporation, THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, a trust, X CORP., a Nevada corporation formerly known as TWITTER, INC., EXCESSION, LLC, a Texas Limited Liability Company, JARED BIRCHALL, an individual, MORGAN STANLEY & COMPANY, LLC, a Delaware Limited Liability Company, OMAR QAZI, an individual, SMICK ENTERPRISES, INC., a Delaware corporation, SINGER CASHMAN, LLP, a California partnership, ADAM S. CASHMAN, an individual, ALLISON HUEBERT, an individual, ADAM G. MEHES, an individual, and ALEX SPIRO, an individual, and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 3:24-cv-04647-MMC <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE ECF NO. 167, DEFENDANT TESLA, INC.'S RESPONSE RE: PLAINTIFF'S OBJECTION TO BILL OF COSTS** <br><br> Time: 9:00 A.M. <br> Date: October 10, 2025 <br> Courtroom: 7 <br> Judge: Hon. Maxine M. Chesney <br> State Action Filed: June 12, 2024 <br> Removed: July 31, 2024 <br><br> **[Removed from Superior Court of California, County of San Francisco, Case No. CGC-24-615352]** |

1  Before the Court is Plaintiff Aaron Greenspan's "Motion to Strike ECF No. 167, Defendant Tesla, Inc.'s Response Re: Plaintiff's Objection to Bill of Costs" (the "Motion").  Having reviewed the submitted papers, the Court DENIES the Motion (ECF No. 168).  Federal Rule of Civil Procedure 12(f) offers no basis to strike Defendant Tesla's Response because the Rule applies only to pleadings, and the Response is not a pleading.  Furthermore, the minor clerical issues in the Response identified by Plaintiff are not scandalous or otherwise proper grounds for striking a document.  Indeed, the Motion serves as but the latest example of a filing by Plaintiff that has needlessly multiplied the proceedings in this matter.  Accordingly, upon consideration of the Motion, all papers submitted in connection therewith, and all pleadings herein, it is hereby ORDERED that Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

DATED:

By _____
The Honorable Maxine M. Chesney
United States District Court