Aaron Greenspan (*Pro Se*)
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AARON GREENSPAN,

Plaintiff,

v.

ELON MUSK, TESLA, INC., X CORP., THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, JARED BIRCHALL, MORGAN STANLEY & COMPANY, LLC, OMAR QAZI, SMICK ENTERPRISES, INC., SINGER CASHMAN, LLP, ADAM S. CASHMAN, ALLISON HUEBERT, ADAM G. MEHES, and ALEX SPIRO,

Defendants.

Case No. 3:24-cv-04647-MMC

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO TESLA DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY**

Time: Hearing Vacated
Date: Hearing Vacated
Courtroom: Hearing Vacated

Judge: Hon. Maxine M. Chesney
State Action Filed: June 12, 2024
Removed: July 31, 2024
FAC Filed: August 28, 2024
Remanded: July 17, 2025

Pursuant to Federal Rule of Evidence 201 and *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894-895 (9th Cir. 2014), Plaintiff Aaron Greenspan requests that the Court incorporate by reference or take judicial notice of the documents identified below in support of Plaintiff's opposition to Tesla Defendants' motion for sanctions filed July 31, 2025, ECF No. 161.

## I. DOCUMENTS SUBJECT TO THIS REQUEST

Plaintiff requests that the Court take judicial notice of or incorporate by reference the following documents, attached as Exhibits A-B:

| **Ex.** | **Date** | **Description** | **Basis for Notice and/or Incorporation** |
|---|---|---|---|
| A* | 10/4/2025 | Elon Musk Twitter/X Posts Advocating "We need to Bukele our court system" and "impeach the corrupt judges" | Evidence of Elon Musk's ongoing efforts to undermine the United States Constitution |
| B | 9/2/2021 | Human Rights Watch Article: "El Salvador: New Laws Threaten Judicial Independence, Congress Ousts Dozens of Judges" | Evidence of Elon Musk's ongoing efforts to undermine the United States Constitution |

* Document did not yet exist at the time that the motion for sanctions was filed on July 31, 2025.

## II. FACTUAL BASIS

As Moving Defendants themselves have argued,

> "Courts also routinely take judicial notice of a variety of matters pursuant to Federal Rule of Evidence 201. For example, it is proper to take notice of documents that are matters of public record, including documents on file in federal or state courts. *See, e.g.*, *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012); *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n. 2 (9th Cir. 2002) (Ninth Circuit taking judicial notice of pleadings filed in a related action between the same parties). Likewise, courts regularly take judicial notice of press releases and news articles 'as an indication of what information was in the public realm at the time.' *See, e.g.*, *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (taking judicial notice that 'various newspapers, magazines, and books have published information about' a diptych by Lucas Cranach the Elder); *accord Heliotrope Gen. Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n. 118 (9th Cir. 1999) (taking judicial notice 'that the market was aware of the information contained in news articles submitted by the defendants.'). Finally, publicly accessible web pages are '[p]roper subjects of judicial notice when ruling on a motion to dismiss.' *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014); *see also*

> *Threshold Enters. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 145 (N.D. Cal. 2020) (taking judicial notice of 'screenshots and printouts of websites,' including 'social media websites, and information and news websites')."

ECF No. 80 at 5-6. Plaintiff agrees. The Court should take judicial notice of the above publicly available web pages. Judicial notice is proper in part because some of these documents did not yet exist when the motion for sanctions was filed on July 31, 2025, but are now available from public sources. The documents' existence or authenticity cannot reasonably be questioned.

The X website operated by X Corp., formerly operated by Twitter, Inc. as Twitter, is a public source, reliable for demonstrating the existence of content concerning the company itself and for the existence of posts by specific users, even if posts may not always be true. Per counsel for Defendant Musk, "Courts in this district and elsewhere in the Ninth Circuit have found that tweets are appropriate subjects of judicial notice where—as here—they are publicly available and their accuracy may not reasonably be questioned. *Unsworth v. Musk*, No. 19-MC-80224-JSC, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019) ('[J]udicial notice is proper because the existence of the publicly-available . . . tweets cannot reasonably be questioned.')." *Greenspan I* ECF No. 58.

## III. CONCLUSION

For the aforementioned reasons, Plaintiff respectfully requests that the Court take judicial notice of the above referenced documents.

Dated: October 5, 2025

Respectfully submitted,

/s/ Aaron Greenspan

Aaron Greenspan
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

**EXHIBIT A**

Elon Musk Twitter/X Posts Advocating "We need to Bukele our court system" and "impeach the corrupt judges"

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Profile
More

## Post

**Elon Musk** @elonmusk

Subscribe

Essential

**Eric Daugherty** @EricLDaugh · Oct 4
We need to Bukele our court system.

WATCH how quickly this country is fixed.


Nayib Bukele
@nayibbukele

If you don't impeach the corrupt judges, you CANNOT fix the country.

They will form a cartel (a judicial dictatorship) and block all reforms, protecting the systemic corruption that put them in their seats.

8:51 PM · Oct 4, 2025 · **10.2M** Views

3.5K 27K 161K 3.1K

Post your reply Reply

Search

## Relevant people

**Elon Musk** @elonmusk
votetesla.com

**Eric Daugherty** @EricLDaugh
Assistant News Director @FLVoiceNews | Marylande
Floridian | Politics & breaki
alerts | flvoicenews.com | "
vote" - Charlie Kirk

## What's happening

**Stockton Street**
LIVE

**Lightning-Fast AI**
Try Grok's new Fast Mode.
Promoted by Grok

Only on X · Trending
**AI Alert**
10.7K posts

Sports · Trending
**Vederian Lowe**

Sports · Trending
**Christian Gonzalez**

Show more

Terms of Service | Privacy Policy | Cookie
Accessibility | Ads info | More ··· © 20

Aaron Greenspan

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Profile
More

**Post**

**Elon Musk** @elonmusk
Subscribe

1000%

**Mike Engleman🇺🇸** @RealHickory · Oct 4
Who agrees this needs to happen here in America?👇

**Nayib Bukele**
@nayibbukele

If you don't impeach the corrupt judges, you CANNOT fix the country.

They will form a cartel (a judicial dictatorship) and block all reforms, protecting the systemic corruption that put them in their seats.

9:31 PM · Oct 4, 2025 · **33.1M** Views

13K 62K 372K 9K

Post your reply
Reply

Search

## Relevant people

**Elon Musk** @elonmusk
votetesla.com

**Mike Engleman🇺🇸** @RealHickory
America is a Constitutiona not a democracy.

## What's happening

**Paris Fashion Week Womenswear SS26**
LIVE

**Lightning-Fast AI**
Try Grok's new Fast Mode.
Promoted by Grok

Only on X · Trending
**AI Alert**
10.7K posts

Sports · Trending
**Vederian Lowe**

Sports · Trending
**Christian Gonzalez**

Show more

Terms of Service | Privacy Policy | Cookie
Accessibility | Ads info | More ··· © 20

**Aaron Greenspan**

**EXHIBIT B**

September 2, 2021 Human Rights Watch Article: “El Salvador: New Laws Threaten Judicial Independence, Congress Ousts Dozens of Judges”

HUMAN RIGHTS WATCH
العربية 简中 繁中 English Français Deutsch 日本語 Português Русский Español More +
DONATE NOW
Countries Topics Reports Video & Photos Impact Take Action
Join Us About Give Now

Se ease Available In English Español

# El Salvador: New Laws Threaten Judicial Independence

## Congress Ousts Dozens of Judges



MORE READING



May 21, 2021 | Commentary

The U.S. can st El Salvador's slide to authoritarianis Time to act.



March 17, 2021 |

El Salvador's President Nayib Bukele delivers his annual address to the nation before Congress, in San Salvador, El Salvador, Tuesday, June 1. © 2021 AP Photo/Salvador Melendez

(Washington DC) – Two laws passed by El Salvador's Legislative Assembly on August 31, 2021, threaten judicial independence by allowing authorities to dismiss all judges and prosecutors who are 60 years old or older, Human Rights Watch said today.

The bills passed by the Legislative Assembly, which is controlled by supporters of President Nayib Bukele, said that judges and prosecutors age 60 or above will immediately "cease their functions." While it is not clear how many judges will be affected, some estimates indicate that over 200 of the about 700 judges in the country may be ousted and replaced by judges appointed by the Supreme Court, which Bukele's allies in the Assembly recently packed.

"Since Bukele's supporters took control of El Salvador's Assembly in May, they have taken drastic measures that appear aimed at destroying the independence of the Supreme Court and the Attorney General's



Commentary

**Bukele's Legislative Victory Threatens Press Freedom in El Salvador**

MOST VIEWED

1 September 23, 2025 | News Release

**Saudi Arabia: Riyadh Comedy Festival Whitewashes Abuses**



2 October 1, 2025 | Dispatches

**Vendetta in Democratic Republic of Congo**



Office," said José Miguel Vivanco, Americas director at Human Rights Watch. "These laws seem designed to ensure government control over a large number of lower-level judges and prosecutors."

The new legislation will apply to all judges and prosecutors, except those on the Supreme Court of Justice. Previously, the law did not set a mandatory retirement age for judges and said that they could retire after 35 years of service.

The new laws allow the Supreme Court to extend the term of judges who are 60 or older "due to reasons of necessity or specialty" and the attorney general to extend the term of prosecutors "for reasons of convenience" or "due to the complexity or specialty of their services." Such provisions are vague and could easily be used to reward judges and prosecutors loyal to the government while ensuring that only those who are independent or perceived as independent are ousted, Human Rights Watch said.

Since he took office in 2019, President Bukele has undermined basic democratic checks and balances. He has publicly

3 June 14, 2018 | Report
**Leave No Girl Behind in Africa**


4 August 11, 2025 | News Release
**Saudi Arabia: Executions Surge in 2025**


5 November 25, 2019 | Report
**A Dirty Investment**


defied rulings by the Constitutional Chamber of the Supreme Court prohibiting arrests for violations of Covid-19-related measures and accused judges of being "genocidal."

In February, his party, Nuevas Ideas, won a two-thirds majority in the Assembly. On May 1, hours after the pro-Bukele Assembly was seated, legislators ousted and replaced all the judges of the Supreme Court's Constitutional Chamber, as well as the Attorney General. The lawmakers clearly took the action, in violation of international standards on judicial independence, because they disliked the judges' rulings.

In late June, the Assembly appointed five new Supreme Court judges, without transparency or open deliberation and in violation of the process set out in the Constitution and the Assembly's own internal rules. Each time the legislature changes, the law allows the newly constituted body to appoint 5 of the 15 Supreme Court judges. However, the new Assembly controlled by Bukele's allies has appointed 10.

Under international human rights standards, El Salvador should safeguard the independence and impartiality of its judiciary. A range of authoritative instruments – including the United Nations Basic Principles on the Independence of the Judiciary, the Universal Charter of the Judge, and the Statute of the Ibero-American Judge – set forth key components of an independent and impartial judiciary. These include the requirement that judges be free from constraints, pressures, or orders imposed by other branches of government, and security of tenure so that they do not fear being removed from their posts for their decisions.

Under the Universal Charter on the Judge, changes to the obligatory retirement age for judges "must not have a retroactive effect."

While governments are in principle free to determine the mandatory retirement age of their judges, the United Nations special rapporteur on the independence of judges and lawyers has criticized similar legislation that retroactively lowers the mandatory retirement age for judges as a

"flagrant breach of the principles of security of tenure." The special rapporteur has also called on governments to ensure that new retirement regimes are only applicable to judges who have "taken up their functions following the entry into force of the law."

Your tax deductible gift can help stop human rights violations and save lives around the world.

$50 $100 $250
$500 $1000 Other

DONATE NOW

Region / Country Americas, El Salvador

## MORE READING



May 21, 20
Commenta

### The U.S. El Salva slide to authoritarianism. Time to act.



March 17, 2021 | Commentary

### Bukele's Legislative Victory Threatens Press Freedom in El Salvador

## REPORTS

July 8, 2025 | Report

### Congress in Cahoots

How Peru's Legislature Is Allowing Organized Crime to Thrive

July 2, 2025 | Report

### "Without Water, We Are Nothing"

The Urgent Need for a Water Law in Guatemala

# Protecting Rights, Saving Lives

**Human Rights Watch defends the rights of people in close to 100 countries worldwide, spotlighting abuses and bringing perpetrators to justice**

DONATE NOW

## Get Updates On Rights Issues Worldwide

Enter an email address
Sign Up

## Connect With Us

HUMAN RIGHTS WATCH

Contact Us | Corrections | Privacy Policy | Permissions | Site Map | Child Safeguarding | Text Version

© 2025 Human Rights Watch

**Human Rights Watch** | 350 Fifth Avenue, 34th Floor | New York, NY 10118-3299 USA | t 1.212.290.4700

**Human Rights Watch** is a 501(C)(3) nonprofit registered in the US under EIN: 13-2875808