IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON JACOB GREENSPAN,
Plaintiff,
v.
ELON MUSK, et al.,
Defendants.

Case No. 24-cv-04647-MMC

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE**

Before the Court is plaintiff Aaron Jacob Greenspan's ("Greenspan") Motion, filed September 2, 2025, "to Strike ECF No. 167, Defendant Tesla, Inc.'s Response Re: Plaintiff's Objection to Bill of Costs." Defendant Tesla, Inc. has filed opposition, to which Greenspan has replied.[1]

The Court having read and considered the parties' respective filings, the motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: November 4, 2025

MAXINE M. CHESNEY
United States District Judge

[1] On October 3, 2025, the Court took the motion under submission.

United States District Court
Northern District of California