IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JACOB GREENSPAN,<br><br>        Plaintiff,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>        Defendants. | Case No.  24-cv-04647-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR REVIEW AND REVERSAL OF CLERK'S COSTS AWARD** |

Before the Court is plaintiff Aaron Jacob Greenspan's ("Greenspan") Motion, filed November 8, 2025, "for Court Review and Reversal of Clerk's Costs Award." Defendants Elon Musk, Tesla, Inc., the Elon Musk Revocable Trust dated July 22, 2003, Excession, LLC, Jared Birchall, Singer Cashman, LLP, Allison Huebert, Adam S. Cashman, Adam G. Mehes, and Alex Spiro have filed opposition, to which Greenspan has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 19, 2025.

**IT IS SO ORDERED.**

Dated: December 12, 2025

MAXINE M. CHESNEY
United States District Judge