**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON GREENSPAN, | Case No. 3:24-cv-04647-MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |
| v. | |
| ELON MUSK, TESLA, INC., X CORP., THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, JARED BIRCHALL, MORGAN STANLEY & COMPANY, LLC, OMAR QAZI, SMICK ENTERPRISES, INC., SINGER CASHMAN, LLP, ADAM S. CASHMAN, ALLISON HUEBERT, ADAM G. MEHES, and ALEX SPIRO, | Re: ECF No. 188 |
| Defendants. | |

The Court has before it Plaintiff's Motion For Extension Of Time To File Notice Of Appeal. Having considered the motion and filings in opposition,[1] it is **GRANTED** in PART. Plaintiff may file his Notice of Appeal within ~~thirty (30)~~ fourteen (14) days of the date of this Order. See Fed. R. App. P. 4(a)(5)(C).

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
Hon. Maxine M. Chesney
United States District Judge

---

[1] The sole opposition was filed by defendant Omar Qazi whose rights and interests are not implicated in either the order Greenspan seeks to appeal or the extension he seeks to pursue such appeal.